

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STEVEN BROWN, D/B/A LOOKING
GLASS PHOTOGRAPHY,
    Plaintiff,

    v.

SUBURBAN LIFE PUBLISHING, LLC,
D/B/A SUBURBAN LIFE PUBLISHING
GROUP,
    Defendant.

: CIVIL ACTION
:
: NO. 10-245

**FILED**
APR 1 5 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### ORDER

AND NOW, this _16_ day of April, 2011 for the reasons set forth in the Findings of Fact and Conclusions of Law in the opinion accompanying this Order, **IT IS HEREBY ORDERED AND DECREED** as follows:

1. Judgment is entered in favor of Plaintiff, Steven Brown and against Defendant, Suburban Life Publishing LLC, on Count I of the Complaint, Copyright Infringement in violation of 17 U.S.C. § 101 et seq.[1]

2. Count II of Plaintiff's Complaint, State Law Conversion Claim is preempted by federal law and is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that

1. Defendant shall submit an accounting of all profits from the unauthorized reproduction and distribution of Plaintiff's photographs. Defendant shall also submit documents establishing any deductible expenses and the elements of profit attributable to factors other than the copyrighted work within fifteen (15) days of the date of entry of this Order.

4/18/11
Emailed to:
CA. Cotlar
M. Brooks

BY THE COURT:

_____
Hon. Petrese B. Tucker, U.S.D.J.

[1] The Court will hold the issue of damages under advisement.